IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES C. LEBO,<br><br>      Defendant. | 4:14CR3090<br><br>DETENTION ORDER |

  After affording the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

  There is a rebuttable presumption that no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community because there is probable cause to believe the defendant committed a felony involving a minor.  The defendant has not rebutted this presumption.

  Specifically, the court finds that the defendant has a propensity to harm or threaten harm to others; has a substance abuse addiction or abuses mood-altering chemicals and is likely to continue such conduct and violate the law if released; has no residential options currently available; has severe mental health issues which render him both volatile and unreliable for returning to his hearings and trial; waived the right to a detention hearing;  and no conditions or combination of conditions are currently available which will sufficiently ameliorate the risks posed if the defendant is released.

<u>Directions Regarding Detention</u>

  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

  August 2, 2014.

                       BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge