IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3090 |
| vs. | |
| JAMES C. LEBO, | ORDER |
| Defendant. | |

    This matter is before the Court on the United States' motion to dismiss count I of the indictment without prejudice. Filing 54. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss is granted.

    Dated this 2nd day of February, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge