IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES C. LEBO,<br><br>                Defendant. | 4:14-CR-3090<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 57). On December 18, 2014, the Court entered a Preliminary Order of Forfeiture (filing 37) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in one Compaq Presario desktop computer, serial number 4CE0220R56. Filing 1.

      As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 12, 2015, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 56) was filed on March 17, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

      IT IS ORDERED:

    1.    The plaintiff's Motion for Final Order of Forfeiture (filing 57) is granted.

    2.    All right, title, and interest in and to the following property, held by any person or entity, are hereby forever barred and foreclosed: one Compaq Presario desktop computer, serial number 4CE0220R56.

3.  The property described above is forfeited to the plaintiff.

4.  The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 24th day of March, 2015.

                              BY THE COURT:

                              _____
                              John M. Gerrard
                              United States District Judge